UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 15  P 3: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 3:06cv437-DRB <br><br> Removed from the Circuit Court of Tallapoosa County, Alabama <br> CV-05-45 |

## NOTICE OF FILING

Defendant NATIONAL UNION FIRE INSURANCE COMPANY hereby gives notice of the filing of the following documents in support of its Petition for Removal and Motion to Dismiss or in the Alternative, Motion to Transfer:

Exhibit A:   Orders of November 14, 2005 and February 21, 2006;

Exhibit B:   Amended Complaint;

Exhibit C:   Florida Complaint;

Exhibit D:   Florida Removal;

Exhibit E:   Florida Defendants' Answer;

Exhibit F:   Florida Counter-Claim;

Exhibit G:   Florida Motion for Summary Judgment and Supporting Briefs;

Exhibit H:   Order of United States District Court for the Southern District of Alabama, Southern Division, *Jackson v. PRUPAC, et al.*

Respectfully submitted,

*/s/ Forrest Latta*
FORREST S. LATTA          (LAT008)
CHAD C. MARCHAND          (MAR136)
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
P.O. Box 16046
Mobile, AL  36616
Telephone:   251/344-5151
Facsimile:   251/344-9696

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of May, 2006, served a copy of the foregoing pleading on the following by depositing the same in the United States mail, properly addressed with first class postage prepaid.

COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
Post Office Box 1660
Alexander City, AL  35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571

*/s/ Forrest Latta*
OF COUNSEL