# EXHIBIT H

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE

JUL 2 9 1996

DEBORAH S. HUNT
CLERK

RECEIVED
JUL 3 0 1996

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONNIE JACKSON, WILLIAM SMITH, )
LINDA SMITH, )
 )
    Plaintiffs, )
 )
v. )  CIVIL ACTION NO.
 )  96-0501-B
TRUSTMARK NATIONAL BANK, )
PRUDENTIAL PROPERTY & CASUALTY )
INSURANCE COMPANY, and CENTRAL )
NATIONAL INSURANCE COMPANY, )
 )
    Defendants. )

ORDER

The court has carefully considered defendants' respective motions to dismiss or, in the alternative, to transfer this action to the United States District Court for the Southern District of Mississippi (Tabs 5, 9 and 12); plaintiffs' motion to remand (Tab 16); plaintiffs' response in opposition to defendants' motions to dismiss/transfer (Tab 20) and reply (Tab 27) to defendants' respective responses in opposition to plaintiffs' motion to remand (Tabs 23, 24 and 25); and all pertinent portions of the record. Based on such consideration, the court concludes that the claims presented in this action fall expressly within the *Jackie D. Holmes* comprehensive class action presently pending as Civil Action No. 1:95cv323GR in the United States District Court for the Southern District of Mississippi, Southern Division; the plaintiffs herein are members of the *Holmes* mandatory class; the plaintiffs, if allowed to proceed in the Circuit Court of Choctaw County, Alabama, would frustrate the orders of the *Holmes* court and impede its



proper exercise of jurisdiction; and this action should properly be transferred to the *Holmes* court for further proceedings in aid of its jurisdiction. It is therefore **ORDERED** that plaintiffs' motion to remand be and is hereby **DENIED** and that defendants' motions be and are hereby **GRANTED** to the extent that this action be and is hereby **TRANSFERRED** to the United States District Court for the Southern District of Mississippi, Southern Division, for consideration in view of *Holmes v. Trustmark National Bank, et al.*, Civil Action No. 1:95cv323GR. The Clerk is directed to take such steps as are necessary to effectuate this transfer.

DONE this 29th day of July, 1996.

_W B Hand_
SENIOR DISTRICT JUDGE

2