UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 MAY 15  P 3: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY, <br><br>Defendant. | Civil Action No. 3:06cv437-DRB <br><br>Removed from the Circuit Court of Tallapoosa County, Alabama <br>CV-05-45 |

### DEFENDANT NATIONAL UNION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Defendant NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") hereby moves the Court to enter an order, pursuant to Federal Rule of Civil Procedure 12, dismissing this action against National Union or, in the alternate, transferring the instant claims to the United States District Court for the Northern District of Florida, Tallahassee Division, on the following grounds:

1. An original action was commenced in the Circuit Court of Tallapoosa County, Alabama by Plaintiff PACA, Inc. against Charles Ehling, Judy Ehling and Ehling Insurance & Investments, Inc. (the "Ehlings") alleging that the Ehlings failed to competently fulfill their duties and responsibilities as PACA, Inc.'s insurance broker and/or agents. Following a consent judgment by the Ehlings, Plaintiff amended the complaint to realign the parties to include the Ehlings as Plaintiffs and add National Union as a Defendant. Plaintiffs' Amended Complaint asserts that Plaintiffs are owed certain insurance benefits from National Union by virtue of the underlying consent judgment.

2. Said claims are identical to and subsumed by a lawsuit that already is pending in the United States District Court for the Northern District of Florida, Tallahassee Division. The court in that lawsuit, entitled *Charles Ehling and Ehling Insurance and Investments, Inc., Plaintiffs vs. National Union Fire Insurance Company of Pittsburgh, et. al.*, Case No.: 4:05cv431-RH/WCS, has undertaken jurisdiction over the instant claims.

3. Thus plaintiffs in the instant action do not have standing to assert a claim for relief separate and apart from the Florida Federal action or, in the alternative, jurisdiction over these claims lies with the United States District Court for the Northern District of Florida, Tallahassee Division.

4. A brief in support of this motion is filed herewith.

WHEREFORE Defendant NATIONAL UNION FIRE INSURANCE COMPANY respectfully requests that this Court issue an Order dismissing Plaintiffs' Complaint on the grounds that they are without any standing to bring this separate claim for relief in view of a parallel pending action in the United States District Court for the Northern District of Florida, Tallahassee Division, which arises out of the same case and controversy as the present matter. Or in the alternative, issue an Order transferring this case to the United States District Court for the Northern District of Florida, Tallahassee Division, which has already assumed jurisdiction over the parallel matter.

Respectfully submitted,

*/s/ Forrest Latta*
FORREST S. LATTA          (LATTF0526)
CHAD C. MARCHAND     (MARCC5089)
Attorneys for Defendant
National Union Fire Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of May, 2006, served a copy of the foregoing pleading on the following by depositing the same in the United States mail, properly addressed with first class postage prepaid.

COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
Post Office Box 1660
Alexander City, AL 35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL 32571

_____
OF COUNSEL