UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; ) | |
| JUDY EHLING; AND EHLING ) | |
| INSURANCE & INVESTMENTS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:06cv437-DRB |
| v. ) | |
| ) | Removed from the Circuit Court of |
| NATIONAL UNION FIRE INSURANCE ) | Tallapoosa County, Alabama |
| COMPANY, ) | CV-05-45 |
| ) | |
| Defendant. ) | |

**RECEIVED**
2006 MAY 17  P 2: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## SUPPLEMENTAL NOTICE OF FILING

Defendant NATIONAL UNION FIRE INSURANCE COMPANY hereby supplements its previously filed Notice of Filing in support of its Petition for Removal and Motion to Dismiss or in the Alternative, Motion to Transfer to include the following exhibit:

Exhibit I:    All records and proceedings from the Circuit Court of Tallapoosa County, Alabama for the case entitled "*Paca, Inc., Plaintiff v. Charles Ehling; Judy Ehling and Ehling Insurance & Investments, Inc., Defendant*," Civil Action No. CV-05-45.

Respectfully submitted,

_____
FORREST S. LATTA          (LAT008)
CHAD C. MARCHAND       (MAR136)
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
P.O. Box 16046
Mobile, AL  36616
Telephone:    251/344-5151
Facsimile:    251/344-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 17th day of May, 2006, served a copy of the foregoing pleading on the following by depositing the same in the United States mail, properly addressed with first class postage prepaid.

COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
Post Office Box 1660
Alexander City, AL  35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571

_____
OF COUNSEL