IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PACA, INC., *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-437-MEF |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #4) filed on May 15, 2006, it is hereby ORDERED that:

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before June 12, 2006.

2. The defendants may file a reply brief on or before June 19, 2006.

DONE this the 31st day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE