IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PACA, INC., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 3:06-cv-437-MEF |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|     Defendant. | ) |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Modify Order of May 31, 2006 (Doc. #8) filed on June 6, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 7th day of June, 2006.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE