UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PACA, INC.; CHARLES EHLING; | ) | |
| JUDY EHLING; AND EHLING | ) | |
| INSURANCE & INVESTMENTS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 3:06 cv 437 |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Middle District of Alabama and to enable Judges and Magistrate

Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant National

Union Life Insurance Company in the above captioned action, certifies that the following are parents,

subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public:

**American International Group.**


\s\Chad C. Marchand_____
FORREST S. LATTA          (LATTF0526)
CHAD C. MARCHAND      (MARCC5089)
Attorneys for Defendant
National Union Fire Insurance Company


OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
P.O. Box 16046

1

Mobile, AL  36616
Tel. 251-345-8212


## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of June, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
rhaynes@morrishaynesandhornsby.com

Counsel for PACA, Inc.
**MAYNARD COOPER & GALE, P.C.:**

Walker Percy Badham, III, Esq.
pbadham@maynardcooper.com

Brannon Jeffrey Buck, Esq.
bbuck@maynardcooper.com

Robert Wayne Tapscott, Jr., Esq.
rtapscott@maynardcooper.com

AND to the following by depositing the same in the United States mail, properly addressed with first class postage prepaid:

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571

_\s\ Chad C. Machand_____
OF COUNSEL


I do hereby certify that I have on this 7th day of June 2006, served a copy of the foregoing pleading on all counsel of record by depositing the same in the United States mail, properly addressed with first class postage prepaid.

COUNSEL OF RECORD:

Randall S. Haynes, Esq.
Post Office Box 1660
Alexander City, AL  35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571


_____
OF COUNSEL