**EXHIBIT A**

IN THE CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
ALEXANDER CITY DIVISION

PACA, INC.,                                )
                                           )
    Plaintiff,                         )
                                           )
vs.                                        )    Civil Action No. CV-05-45
                                           )
CHARLES EHLING, JUDY EHLING,               )
AND EHLING INSURANCE &                     )
INVESTMENTS, INC.                          )
                                           )
    Defendants.                        )

## ORDER OF JUDGMENT

Based upon the consent of Plaintiff PACA, Inc. ("PACA") and Defendants Charles

Ehling, Judy Ehling, and Ehling Insurance & Investments, Inc., the Court hereby makes the

following findings:

1.    PACA is the Plaintiff in this action against Defendants.

2.    PACA filed this action on March 4, 2005.

3.    Defendants made a claim with their insurance carriers to defend and indemnify

them in the present case.

4.    Defendants' insurance carriers have failed and refused to defend and indemnify

Defendants in this action.

5.    As a result, Defendants do not have the financial ability to defend themselves in

the present suit.

6.    Consequently, but with no other recourse, in order to reduce their exposure and

because they are financially unable to defend themselves, Defendants have been forced to enter

into an agreement with Plaintiff whereby Defendants consent to a judgment against them in favor



EXHIBIT
"A"

of the Plaintiff in exchange for Plaintiff's agreement to collect said judgment only to the extent that Defendants' insurance provides coverage.

7.    Defendants are not, by virtue of this judgment, admitting to any intentional wrongdoing.

Based upon the foregoing, it is hereby ORDERED that judgment be entered against the Defendants and in favor of the Plaintiff. The amount of said judgment shall be determined by this Court, after presentation of evidence by the Plaintiff, at a hearing to be held on _at 9 Am_ *12-19*_____, 2005. This Order and notice of said hearing shall be served upon Defendants' insurance companies to allow them the opportunity to participate if they so choose.

DONE AND ORDERED this *14th* day of *November*, 2005.

*11-15-05*
*Copies-Attorney of Record*

_____
Circuit Judge
Circuit Court of Tallapoosa County, Alabama.

_____
Charles Ehling

_____
Judy Ehling

_____
Charles Ehling, on behalf of, and as principal of Ehling Investments, Inc.

_____
Judy Ehling, on behalf of, and as principal of Ehling Investments, Inc.

0J247649.1                                    2

_Randall S. Haynes_
Randall S. Haynes
Attorney for Plaintiff


OF COUNSEL:

MORRIS, HAYNES & HORNSBY
P.O. Box 1660
Alexander City, AL 35010
(256) 329-2000



_W. Percy Badham III_   by R.S.H.
W. Percy Badham III        with express permis.
Attorneys for Plaintiff PACA, Inc.


OF COUNSEL:

Robert W. Tapscott, Jr.
Brannon J. Buck
MAYNARD, COOPER, & GALE
1901 6th Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000

01247649.1