**EXHIBIT B**

# MORRIS, HAYNES & HORNSBY
### ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

REPLY TO:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

November 16, 2005

AIG Technical Service, Inc.
Attention: Andy Ritchie
1750 Water Street
New York, NY 10038

RE: PACA, Inc. V. Charles Ehling, Judy Ehling, Ehling Insurance and Investments, Inc.
In the Circuit Court of Tallapoosa County, Alabama
Civil Action No. CV-04-45
Policy Periods: 2200 to January 2002, January 2004 to January 2005, and January 2005 to January 2006

To whom it may concern:

Please forward the enclosed Court Order to the appropriate insurers for Ehling Insurance and Investments, Inc., Charles Ehling and/or Judy Ehling as well as affiliated entities. Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005, at 9:00 a.m.

Please contact me by telephone and/or facsimile to confirm receipt of this important court document.

Yours truly,

RANDALL S. HAYNES

RSH/cc
Enclosure

cc:   Aon Assoication Services, Inc.
      Plan Administrator
      159 E. County Line Road
      Hatboro, PA 19040

      Charles Ehling
      4848 W. Spencer Field Road
      Pace, Florida 32571

# MORRIS, HAYNES & HORNSBY
### ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

Reply To:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3800 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

November 15, 2005

VIA U.S. MAIL

National Union Fire Insurance Company
Attn: Arthur Gorodess
175 Water Street, 4th Floor
New York, NY 10038

Re:   PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance
      and Investments, Inc.
      In the Circuit Court of Tallapoosa County, Alabama
      Civil Action No. CV-05-45
      Agents' Errors & Omissions Insurance Policy Number 985-88-28
      Customer Number 210214000
      Policy Period: January 1, 2003 to January 1, 2004

To whom it may concern:

Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005.

If you have any questions please do not hesitate to give me a call. Thank you for your consideration.

Yours truly,

Randall S. Haynes

cc:   Aon Association Services, Inc.

01259951.1

November 15, 2005
Page 2

cc:   Aon Association Services, Inc.
      Plan Administrator
      159 E. County Line Road
      Hatboro, PA 19040

      Charles Ehling
      4848 W. Spencer Field Road
      Pace, Florida 32571

01259951.1

# MORRIS, HAYNES & HORNSBY
### ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

REPLY TO:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

November 15, 2005

**VIA U.S. MAIL**

Westport Insurance Corporation
Professional Liability Claims
P.O. Box 2991
Overland Park, KS 66201

Re: PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance and Investments, Inc.
In the Circuit Court of Tallapoosa County, Alabama
Civil Action No. CV-05-45
Professional Liability Insurance Policy Number LEO-59633
Policy Period: March 1, 2002 to December 31, 2002

To whom it may concern:

Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005.

If you have any questions, please do not hesitate to give me a call. Thank you for your consideration.

Yours truly,

Randall S. Haynes

01259914.1

November 15, 2005
Page 2

WAS
cc:     Aon Association Services, Inc.
        **Plan Administrator**
        159 E. County Line Road
        Hatboro, PA 19040

        Charles Ehling
        4848 W. Spencer Field Road
        Pace, Florida 32571

01259876.1

## MORRIS, HAYNES & HORNSBY
### ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

Reply To:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

November 15, 2005

VIA U.S. MAIL

Employers Reinsurance Corporation
Professional Liability Claims
P.O. Box 2991
Overland Park, KS 66201

Re: PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance and Investments, Inc.
In the Circuit Court of Tallapoosa County, Alabama
Civil Action No. CV-05-45
Professional Liability Insurance Policy Number Leo-59633
Policy Period: December 1, 2000 to January 1, 2002

To whom it may concern:

Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005.

If you have any questions, please do not hesitate to give me a call. Thank you for your consideration.

Yours truly,

Randall S. Haynes

01259876.1

November 15, 2005
Page 2

WAS
cc:     Aon Association Services, Inc.
        **Plan Administrator**
        159 E. County Line Road
        Hatboro, PA 19040

        Charles Ehling
        4848 W. Spencer Field Road
        Pace, Florida 32571

01259914.1