IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PACA, INC., *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-437-MEF |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #12) filed on June 12, 2006, it is hereby

ORDERED that the defendant file its response which shall include a brief and any evidentiary materials on or before June 28, 2006. The plaintiffs may file a reply brief on or before July 12, 2006.

DONE this 16th day of June, 2006.

                                                 /s/ Mark E. Fuller
                                                CHIEF UNITED STATES DISTRICT JUDGE