IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. 3:06cv437-DRB |
| v. ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY, ) ) ) ) | |
| Defendant/Garnishee. ) | |

## NOTICE OF APPEARANCE

Comes now Will A. Smith, of the firm of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, Suite 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203, and files this Notice of Appearance on behalf of PACA, Inc., Plaintiff in the above-referenced matter.

Respectfully submitted,

/s/ Will A. Smith
Will A. Smith SMI284
One of the Attorneys for Plaintiff PACA, Inc.

OF COUNSEL:
W. Percy Badham III
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

Randall S. Haynes
MORRIS, HAYNES & HORNSBY
P.O. Box 1660
Alexander City, AL 35010
(256) 329-2000

01351743.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that the following persons will be served by CM/ECF:

Forrest S. Latta
Chad C. Marchand
Bowron, Latta & Wasden, P.C.
P.O. Box 16046
Mobile, AL 36616
251-344-5151

Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL 32571

Charles Ehling
c/o Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL 32571

Judy Ehling
c/o Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL 32571

01351743.1