## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., )))) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:06cv437-MEF |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY, ))) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO FILE
### BRIEF IN REBUTTAL TO PLAINTIFFS' MOTION TO REMAND

Defendant NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") moves this Honorable Court for leave to file a brief in rebuttal to Plaintiffs' Motion to Remand (Doc. 12) and Plaintiffs' Reply in Support of Motion to Remand (Doc. 17) and in support thereof, sets forth the following grounds:

Plaintiffs' Reply Brief in Support of Motion to Remand raises issues neither addressed in National Union's Removal Petition (Doc. 1) nor in National Union's Objection to Plaintiffs' Motion to Remand (Doc. 16). For instance, Plaintiff makes repeated unsupported statements that a valid "coverage determination" was made by the state court although that is not the case. Plaintiffs suggest that coverage exists under the relevant insurance policy simply because they said so in a consent order they drafted and submitted to the state court as part of a settlement, to which National Union was not a party. By submitting a rebuttal brief, National Union seeks to clarify these issues both factually and legally for the Court, so that a proper ruling may be made on the Plaintiffs' Motion to Remand.

WHEREFORE, Defendant NATIONAL UNION FIRE INSURANCE COMPANY requests this Honorable Court grant it leave to file a Brief in Rebuttal to Plaintiff's Motion to Remand.

Respectfully submitted,

\_\_\_\s\ Chad C. Marchand_____
FORREST S. LATTA          (LATTF0526)
CHAD C. MARCHAND       (MARCC5089)
Attorneys for Defendant
National Union Fire Insurance Company

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
P.O. Box 16046
Mobile, AL  36616
Telephone:     251/344-5151
Facsimile:      251/344-9696

CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 13th day of July, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
rhaynes@morrishaynesandhornsby.com

Walker Percy Badham, III, Esq.
pbadham@maynardcooper.com

Brannon Jeffrey Buck, Esq.
bbuck@maynardcooper.com

Robert Wayne Tapscott, Jr., Esq.
rtapscott@maynardcooper.com

AND the following by depositing the same in the United States mail, properly addressed with first class postage prepaid:

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571

                              \s\ Chad C. Marchand
                              OF COUNSEL