IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PACA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-437-MEF |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File (Doc. #18) filed on July 13, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 14th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE