UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 3:06-CV-437-MEF ) ) ) ) ) ) |

SPECIAL NOTICE OF FILING IN SUPPORT OF MOTION TO DISMISS

Defendant NATIONAL UNION FIRE INSURANCE COMPANY ("National Union") hereby specially files the attached Order of the United States District Court for the Northern District of Florida, Tallahassee Division, Case No. 4:05cv431-RH/WCS, granting summary judgment in favor of National Union as a matter of law. The Florida court determined as a matter of law that the Ehling's and Ehling Insurance & Investments, Inc. is not entitled to insurance coverage thereby mooting Plaintiffs' claims for insurance proceeds in this case. Specifically, the Order states, in pertinent part, as follows:

> It is hereby declared that defendant National Union Fire Insurance Company has no duty to indemnify plaintiffs Charles A. Ehling and Ehling Insurance and Investments, Inc. for amounts that may be recovered in . . . [the] underlying lawsuit filed in Alabama State court by PACA, Inc.

(Order of Aug. 14, 2006, p. 17.)

WHEREFORE Defendant NATIONAL UNION FIRE INSURANCE COMPANY respectfully requests this Court issue an Order dismissing Plaintiffs' Complaint on the grounds that it is moot in light of the Order of the United States District Court for the Northern District of Florida, Tallahassee Division.

Respectfully submitted,


_____\\s\ Chad C. Marchand_____
FORREST S. LATTA             (LAT008)
CHAD C. MARCHAND            (MAR136)
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
P.O. Box 16046
Mobile, AL  36616
Telephone:    251/344-5151
Facsimile:     251/344-9696


## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of August, 2006, served a copy of the foregoing pleading on the following by depositing the same in the United States mail, properly addressed with first class postage prepaid.

COUNSEL OF RECORD:

Counsel for PACA, Inc.
Randall S. Haynes, Esq.
Post Office Box 1660
Alexander City, AL  35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments, Inc.
3163 Benton Boulevard
Pace, FL  32571


_____\\s\ Chad C. Marchand_____
OF COUNSEL