UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PACA, INC.; CHARLES EHLING; JUDY EHLING; AND EHLING INSURANCE & INVESTMENTS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06-CV-437-MEF |
| NATIONAL UNION FIRE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO WITHDRAW**

COMES NOW CHAD C. MARCHAND of the law firm of Bowron, Latta & Wasden, P.C. and files this Motion to Withdraw as counsel for Defendant, NATIONAL UNION FIRE INSURANCE COMPANY.

FORREST S. LATTA shall remain as counsel for said Defendant.

Respectfully submitted,

　　　/s/ CHAD C. MARCHAND　　　
FORREST S. LATTA　　(LAT008)
(fsl@bowronlatta.com)
CHAD C. MARCHAND　　(MAR136)
(ccm@bowronlatta.com)
Attorneys for Defendant
National Union Fire Insurance Company

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:　(251) 344-5151
Facsimile:　(251) 344-9696

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 6th day of September, 2006, served a copy of the foregoing upon the following by electronic notice and by depositing same in the United States mail, properly addressed with first class postage prepaid.

Randall S. Haynes, Esquire
Post Office Box 1660
Alexander City, AL 35011-1660

Mr. Charles Ehling
Mrs. Judy Ehling
Ehling Insurance and Investments
3163 Benton Boulevard
Pace, FL  32571

                                               /s/ CHAD C. MARCHAND