IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| PACA, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-437-MEF |
| | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the Motion by Chad C. Marchand to Withdraw (Doc. #22) filed on September 6, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of September, 2006.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE