# EXHIBIT A

**IN THE CIRCUIT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
**ALEXANDER CITY DIVISION**

| | | |
|---|---|---|
| **PACA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-05-45** |
| | ) | |
| **CHARLES EHLING, JUDY EHLING,** | ) | |
| **AND EHLING INSURANCE &** | ) | |
| **INVESTMENTS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF JUDGMENT

Based upon the consent of Plaintiff PACA, Inc. ("PACA") and Defendants Charles Ehling, Judy Ehling, and Ehling Insurance & Investments, Inc., the Court hereby makes the following findings:

1.    PACA is the Plaintiff in this action against Defendants.

2.    PACA filed this action on March 4, 2005.

3.    Defendants made a claim with their insurance carriers to defend and indemnify them in the present case.

4.    Defendants' insurance carriers have failed and refused to defend and indemnify Defendants in this action.

5.    As a result, Defendants do not have the financial ability to defend themselves in the present suit.

6.    Consequently, left with no other recourse, in order to reduce their exposure and because they are financially unable to defend themselves, Defendants have been forced to enter into an agreement with Plaintiff whereby Defendants consent to a judgment against them in favor

of the Plaintiff in exchange for Plaintiff's agreement to collect said judgment only to the extent that Defendants' insurance provides coverage.

7.    Defendants are not, by virtue of this judgment, admitting to any intentional wrongdoing.

Based upon the foregoing, it is hereby ORDERED that judgment be entered against the Defendants and in favor of the Plaintiff. The amount of said judgment shall be determined by this Court, after presentation of evidence by the Plaintiff, at a hearing to be held on *at 9 Am* *12-19*, 2005. This Order and notice of said hearing shall be served upon Defendants' insurance companies to allow them the opportunity to participate if they so choose.

DONE AND ORDERED this *14th* day of *November*, 2005.

*11-15-05*
*Copies - Attorney of Record*

_____
Circuit Judge
Circuit Court of Tallapoosa County, Alabama.

_____
Charles Ehling

_____
Judy Ehling

_____
Charles Ehling, on behalf of, and as principal of
Ehling Investments, Inc.

_____
Judy Ehling, on behalf of, and as principal of Ehling
Investments, Inc.

01247649.1                                    2

_Randall S. Haynes_
Randall S. Haynes
Attorney for Plaintiff

OF COUNSEL:

MORRIS, HAYNES & HORNSBY
P.O. Box 1660
Alexander City, AL 35010
(256) 329-2000

_W. Percy Badham III_  _by R.S.H. with express permiss_
W. Percy Badham III
Attorneys for Plaintiff PACA, Inc.

OF COUNSEL:

Robert W. Tapscott, Jr.
Brannon J. Buck
MAYNARD, COOPER, & GALE
1901 6th Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000

- 3 -

01247649.1