# EXHIBIT B

# MORRIS, HAYNES & HORNSBY
## ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

REPLY TO:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0603
Email: chornsby@mhhlaw.net

November 15, 2005

**VIA U.S. MAIL**

National Union Fire Insurance Company
Attn: Arthur Gorodess
175 Water Street, 4th Floor
New York, NY 10038

> Re:  **PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance and Investments, Inc.**
> **In the Circuit Court of Tallapoosa County, Alabama**
> **Civil Action No. CV-05-45**
> **Agents' Errors & Omissions Insurance Policy Number 985-88-28**
> **Customer Number 210214000**
> **Policy Period: January 1, 2003 to January 1, 2004**

To whom it may concern:

Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005.

If you have any questions, please do not hesitate to give me a call. Thank you for your consideration.

Yours truly,

*Randall S. Haynes*

Randall S. Haynes

cc:    Aon Association Services, Inc.

01259951.1

November 15, 2005
Page 2

cc:     Aon Association Services, Inc.
        **Plan Administrator**
        159 E. County Line Road
        Hatboro, PA 19040

        Charles Ehling
        4848 W. Spencer Field Road
        Pace, Florida 32571

MORRIS, HAYNES & HORNSBY

ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

REPLY TO:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

November 15, 2005

**VIA U.S. MAIL**

Westport Insurance Corporation
Professional Liability Claims
P.O. Box 2991
Overland Park, KS 66201

Re:    **PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance and
          Investments, Inc.
          In the Circuit Court of Tallapoosa County, Alabama
          Civil Action No. CV-05-45
          Professional Liability Insurance Policy Number LEO-59633
          Policy Period: March 1, 2002 to December 31, 2002**

To whom it may concern:

        Our firm represents the Plaintiff in the above-styled case.  Please find enclosed a copy of
a judgment entered against your insured and in favor of the Plaintiff.  Pursuant to the Court's
Order, we are sending you notice of this Order and notice of a hearing to be held on damages on
December 19, 2005.

        If you have any questions, please do not hesitate to give me a call.  Thank you for your
consideration.

                                                    Yours truly,

                                                    Randall S. Haynes

01259914.1

November 15, 2005
Page 2

WAS
cc:     Aon Association Services, Inc.
        **Plan Administrator**
        159 E. County Line Road
        Hatboro, PA 19040

        Charles Ehling
        4848 W. Spencer Field Road
        Pace, Florida 32571

# MORRIS, HAYNES & HORNSBY

### ATTORNEYS AT LAW

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

REPLY TO:
131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

DIRECT DIAL:
(256) 329-2742
Email: rhaynes@morrishaynesandhornsby.com

November 15, 2005

**VIA U.S. MAIL**

Employers Reinsurance Corporation
Professional Liability Claims
P.O. Box 2991
Overland Park, KS 66201

> Re:  **PACA, Inc. v. Charles Ehling, Judy Ehling, Ehling Insurance and
> Investments, Inc.**
> **In the Circuit Court of Tallapoosa County, Alabama**
> **Civil Action No. CV-05-45**
> **Professional Liability Insurance Policy Number Leo-59633**
> **Policy Period: December 1, 2000 to January 1, 2002**

To whom it may concern:

Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005.

If you have any questions, please do not hesitate to give me a call. Thank you for your consideration.

Yours truly,

Randall S. Haynes

01259876.1

November 15, 2005
Page 2

WAS

cc:    Aon Association Services, Inc.
       **Plan Administrator**
       159 E. County Line Road
       Hatboro, PA 19040

       Charles Ehling
       4848 W. Spencer Field Road
       Pace, Florida 32571

MORRIS, HAYNES & HORNSBY
ATTORNEYS AT LAW

REPLY TO:

LARRY W. MORRIS, P.C.
RANDALL S. HAYNES, P.C.
CLAY HORNSBY, P.C.
NANCY L. EADY
JEREMY KNOWLES
M. TODD WHEELES
EMILY H. NELSON

131 MAIN STREET
P.O. BOX 1660
ALEXANDER CITY, ALABAMA 35011-1660
TELEPHONE (256) 329-2000
FACSIMILE (256) 329-2015

BIRMINGHAM OFFICE:
3500 COLONNADE PARKWAY
SUITE 100
BIRMINGHAM, ALABAMA 35243

TELEPHONE (205) 324-4008
FACSIMILE (205) 324-0803
Email: chornsby@mhhlaw.net

November 16, 2005

AIG Technical Service, Inc.
Attention: Andy Ritchie
1750 Water Street
New York, NY 10038

RE:    **PACA, Inc. V. Charles Ehling, Judy Ehling, Ehling Insurance and Investments, Inc.**
**In the Circuit Court of Tallapoosa County, Alabama**
**Civil Action No. CV-05-45**
**Policy Periods: 22000 to January 2002, January 2004 to January 2005, and January 2005 to January 2006**

To whom it may concern:

Please forward the enclosed Court Order to the appropriate insurers for Ehling Insurance and Investments, Inc., Charles Ehling and/or Judy Ehling as well as affiliated entities. Our firm represents the Plaintiff in the above-styled case. Please find enclosed a copy of a judgment entered against your insured and in favor of the Plaintiff. Pursuant to the Court's Order, we are sending you notice of this Order and notice of a hearing to be held on damages on December 19, 2005, at 9:00 a.m.

Please contact me by telephone and/or facsimile to confirm receipt of this important court document.

Yours truly,

RANDALL S. HAYNES

RSH/cc
Enclosure

cc:    Aon Assoication Services, Inc.
       Plan Administrator
       159 E. County Line Road
       Hatboro, PA 19040

       Charles Ehling
       4848 W. Spencer Field Road
       Pace, Florida 32571