IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES EHLING, et al.,

    Plaintiffs,

v.                                      CASE NO. 4:05cv431-RH/WCS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA, etc., et al.,

    Defendants.
_____/

ORDER ON MOTIONS TO SUPPLEMENT
SUMMARY JUDGMENT RECORD AND
FOR CONTINUANCE OF TRIAL

The parties filed cross-motions for summary judgment. Plaintiffs' motion addressed only the duty to defend. Defendants' motion addressed the duty to defend and also the duty to indemnify. The parties settled the duty to defend issue, leaving a dispute only with respect the duty to indemnify. Defendants have filed two motions to supplement the summary judgment record, at least one of which is unopposed. The unopposed motion says defendants consent to any desired supplementation of the record by plaintiffs. The parties have moved to continue the trial for unrelated reasons that might or might not warrant a continuance, but it appears appropriate to remove the case from the trial docket at least pending

*Page 2 of 3*

resolution of the summary judgment motion, and to address the appropriate schedule in light of any ruling. For these reasons,

IT IS ORDERED:

1. Plaintiffs' motion for summary judgment (document 25) is DENIED AS MOOT.

2. Defendant's motion for summary judgment (document 21) is DENIED AS MOOT on the issue of duty to defend and remains pending on the issue of duty to indemnify.

3. Defendants' first (unopposed) motion to supplement the summary judgment record (document 42) is GRANTED. The materials submitted with that motion are deemed part of the summary judgment record.

4. Defendants' second motion to supplement the summary judgment record (document 43) will be granted unless plaintiffs show cause by July 28, 2006, why it should not be.

5. Plaintiffs are granted leave to file additional summary judgment materials by August 3, 2006.

6. Defendants' motion for summary judgment on the issue of duty to indemnify will be taken under advisement at the close of business on August 3, 2006, based on the record as it exists at that time, and a ruling may be entered without a hearing.

*Case No: 4:05cv431-RH/WCS*

7. Defendants' unopposed motion for continuance (document 41) is GRANTED IN PART. The trial previously scheduled for September 5, 2006, is continued to a date to be set by further order. All deadlines established by the Order for Pretrial Conference entered June 5, 2006 (document 35) are extended to dates to be set by further order.

8. The clerk shall set a scheduling conference for the first available date at least 14 days after entry of an order on the remaining portion of defendants' motion for summary judgment.

SO ORDERED this 14th day of July, 2006.

                                   s/Robert L. Hinkle
                                   Chief United States District Judge