MEDIATION

# U.S. District Court
## Northern District of Florida - District Version 2.5 (Tallahassee)
### CIVIL DOCKET FOR CASE #: 4:05-cv-00431-RH-WCS

| | |
|---|---|
| EHLING et al v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA et al<br>Assigned to: CHIEF JUDGE ROBERT L HINKLE<br>Referred to: MAGISTRATE JUDGE WILLIAM C SHERRILL, JR<br>Cause: 28:1332 Diversity-Insurance Contract | Date Filed: 11/16/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 110 Insurance<br>Jurisdiction: Diversity |

**Plaintiff**

**CHARLES A EHLING**     represented by     **GLENN E THOMAS**
LEWIS LONGMAN & WALKER
PA - TALLAHASSEE FL
125 S GADSDEN ST - STE 300
[32301]
PO BOX 10788
TALLAHASSEE, FL 32302
850-222-5702
Fax: 850-224-1600
Email: gthomas@llw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WALTER E FOREHAND**
LEWIS LONGMAN & WALKER
PA - TALLAHASSEE FL
125 S GADSDEN ST - STE 300
[32301]
PO BOX 10788
TALLAHASSEE, FL 32302
850-222-5702
Fax: 850-224-1600
Email: WFOREHAND@LLW-LAW.COM
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EHLING INSURANCE AND INVESTMENTS INC**     represented by     **GLENN E THOMAS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

App. 2

|  |  |  |
|---|---|---|
|  |  | **WALTER E FOREHAND**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA**<br><br>*a foreign corporation* | represented by | **CHRISTINE R DAVIS**<br>CARLTON FIELDS PA - TALLAHASSEE FL<br>215 S MONROE ST - STE 500<br>PO BOX DRAWER 190 [32302-0190]<br>TALLAHASSEE, FL 32311<br>850-224-1585<br>Fax: 850-222-0398<br>Email: cdavis@carltonfields.com<br>*TERMINATED: 01/17/2006*<br>*LEAD ATTORNEY*<br><br>**ROBERT WAYNE PASS**<br>CARLTON FIELDS PA - TALLAHASSEE FL<br>215 S MONROE ST - STE 500<br>PO BOX DRAWER 190 [32302-0190]<br>TALLAHASSEE, FL 32311<br>850/224-1585<br>Fax: 222-0398<br>Email: rpass@carltonfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**W DOUGLAS HALL**<br>CARLTON FIELDS PA - TALLAHASSEE FL<br>215 S MONROE ST - STE 500<br>PO BOX DRAWER 190 [32302-0190]<br>TALLAHASSEE, FL 32311<br>850-224-1585<br>Fax: 850-222-0398<br>Email: whall@carltonfields.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|  |  | **FREDERICK TOWNSEND HAWKES**<br>CARLTON FIELDS PA - TALLAHASSEE FL<br>215 S MONROE ST - STE 500<br>PO BOX DRAWER 190 [32302-0190]<br>TALLAHASSEE, FL 32311<br>850/224-1585<br>Fax: 222-0398<br>Email: fhawk@carltonfields.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant**<br>**AIG DOMESTIC CLAIMS INC**<br>*a Delaware corporation* | represented by | **CHRISTINE R DAVIS**<br>(See above for address)<br>*TERMINATED: 01/17/2006*<br>*LEAD ATTORNEY*<br><br>**ROBERT WAYNE PASS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**W DOUGLAS HALL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**FREDERICK TOWNSEND HAWKES**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA**

*a foreign corporation*

**Counter Claimant**

**AIG DOMESTIC CLAIMS INC**
*a Delaware corporation*

V.

**Counter Defendant**

**CHARLES A EHLING**

**Counter Defendant**

**EHLING INSURANCE AND INVESTMENTS INC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2005 | 2 | NOTICE OF REMOVAL by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC, from Leon County Circuit Court, case number 2005ca002466. ( Filing fee $ 250 receipt number 400109107.)(als, Tallahassee) (Entered: 11/17/2005) |
| 11/16/2005 | 3 | CIVIL COVER SHEET. (als, Tallahassee) (Entered: 11/17/2005) |
| 11/21/2005 | 4 | ANSWER to Complaint *AND AFFIRMATIVE DEFENSES* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA.(HAWKES, FREDERICK) (Entered: 11/21/2005) |
| 11/22/2005 | 5 | Initial SCHEDULING ORDER : Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for 12/6/2005 Rule 26 Meeting Report due by 1/5/2006. Discovery due by 3/17/2006. Signed by Judge ROBERT L HINKLE on 11/22/05. (pll, Tallahassee) (Entered: 11/23/2005) |
| 11/28/2005 | 6 | NOTICE of Appearance by WALTER E FOREHAND on behalf of CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC (FOREHAND, WALTER) (Entered: 11/28/2005) |
| 11/29/2005 | 7 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (FOREHAND, WALTER) (Entered: 11/29/2005) |
| 12/05/2005 | 8 | Corporate Disclosure Statement/Certificate of Interested Persons by EHLING INSURANCE AND INVESTMENTS INC. (FOREHAND, WALTER) (Entered: 12/05/2005) |
| 12/05/2005 | 9 | Corporate Disclosure Statement/Certificate of Interested Persons by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HAWKES, FREDERICK) (Entered: 12/05/2005) |
| 12/08/2005 | 10 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. |

| | | |
|---|---|---|
| | | (FOREHAND, WALTER) (Entered: 12/08/2005) |
| 12/30/2005 | 11 | REPORT of Rule 26(f) Planning Meeting. (HALL, W) (Entered: 12/30/2005) |
| 01/10/2006 | 12 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (FOREHAND, WALTER) (Entered: 01/10/2006) |
| 01/13/2006 | | Set Deadlines/Hearings Miscellaneous Deadline - Defendant shall file a motion for partial summary judgment on the duty to defend issue by 2/15/2006. Plaintiffs shall file their response by (Response due by 3/15/2006). Defnedant may file a reply memorandum by 3/22/2006. (pll, Tallahassee) (Entered: 01/17/2006) |
| 01/13/2006 | 13 | SCHEDULING and Mediation ORDER : Miscellaneous Deadline - Defendant shall file a motion for partial summary judgment on the duty to defend issue by 2/15/2006. Plaintiffs shall file their response by (Response due by 3/15/2006). Defnedant may file a reply memorandum by 3/22/2006. Discovery due by 6/30/2006. Dispositive Motions to be filed by 7/20/2006. Jury Trial set for the two week trial period commencing 9/5/2006 08:30 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. Mediation to take place by 7/28/2006. Mediation Report due by 8/11/2006. Signed by Judge ROBERT L HINKLE on 1/13/06. (pll, Tallahassee) (Entered: 01/17/2006) |
| 01/13/2006 | 14 | CASE REFERRED to Mediation. (pll, Tallahassee) (Entered: 01/17/2006) |
| 01/23/2006 | 15 | MOTION Counterclaim for Declaratory Judgment re 4 Answer to Complaint by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HALL, W) (Entered: 01/23/2006) |
| 01/23/2006 | | Set/Reset Deadlines as to 15 MOTION Counterclaim for Declaratory Judgment re 4 Answer to Complaint. (Response due by 2/10/2006) (pll, Tallahassee) (Entered: 02/07/2006) |
| 01/25/2006 | 16 | MOTION for Extension of Time to File *Motion for Partial Summary Judgment on Duty to Defend* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HALL, W) (Entered: 01/25/2006) |
| 01/25/2006 | | Set/Reset Deadlines as to 16 MOTION for Extension of Time to File *Motion for Partial Summary Judgment on Duty to Defend*. (Response due by 2/13/2006) (pll, Tallahassee) (Entered: 02/07/2006) |
| 02/06/2006 | 17 | RESPONSE to Motion re 15 MOTION Counterclaim for |

| | | |
|---|---|---|
| | | Declaratory Judgment re 4 Answer to Complaint *RESPONSE TO COUNTERCLAIM* filed by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (FOREHAND, WALTER) (Entered: 02/06/2006) |
| 02/07/2006 | | Set Deadlines/Hearings Defendant's Motion for Partial Summary Judgment on the duty to defend issue due by 3/1/2006. (Plaintiff's Response due by 3/29/2006). Miscellaneous Deadline for Defendants reply memorandum - by 4/5/2006. (pll, Tallahassee) (Entered: 02/07/2006) |
| 02/07/2006 | 18 | ORDER Extending Deadline for Partial Summary Judgment Motion on Duty to Defend. Granting 16 Motion for Extension of Time to File Motion. Set Deadlines/Hearings Defendant's Motion for Partial Summary Judgment on the duty to defend issue due by 3/1/2006. (Plaintiff's Response due by 3/29/2006). Miscellaneous Deadline for Defendants reply memorandum - by 4/5/2006. Signed by Judge ROBERT L HINKLE. (pll, Tallahassee) (Entered: 02/07/2006) |
| 02/10/2006 | 19 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (FOREHAND, WALTER) (Entered: 02/10/2006) |
| 02/16/2006 | 20 | NOTICE of Appearance by GLENN E THOMAS on behalf of CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC (THOMAS, GLENN) (Entered: 02/16/2006) |
| 02/28/2006 | 21 | MOTION for Summary Judgment *and Supporting Memorandum* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (Response due by 3/20/2006) (HALL, W) (Entered: 02/28/2006) |
| 02/28/2006 | 22 | STATEMENT OF FACTS *Defendant's Statement of Undisputed Facts in Support of Motion for Summary Judgment* Re: 21 MOTION for Summary Judgment *and Supporting Memorandum* filed by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (HALL, W) (Entered: 02/28/2006) |
| 02/28/2006 | 23 | MOTION for Summary Judgment *Defendants' Notice of Filing Documents iin Support of Motion for Summary Judgment* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (Response due by 3/20/2006) (Attachments: # 1)(HALL, W) (Entered: 02/28/2006) |
| 03/13/2006 | 24 | ATTORNEY TIME RECORDS by CHARLES A EHLING, |

| | | |
|---|---|---|
| | | EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 03/13/2006) |
| 03/29/2006 | 25 | MOTION for Partial Summary Judgment by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. *(Internal deadline for referral to judge if response not filed earlier: 4/17/2006)* (THOMAS, GLENN) (Entered: 03/29/2006) |
| 03/29/2006 | 26 | STATEMENT OF FACTS Re: 25 MOTION for Partial Summary Judgment filed by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 03/29/2006) |
| 03/29/2006 | 27 | MEMORANDUM in Opposition re 21 MOTION for Summary Judgment *and Supporting Memorandum* filed by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 03/29/2006) |
| 03/29/2006 | 28 | STATEMENT OF FACTS *PLAINTIFFS' RESPONSE* Re: 22 Statement of Facts, filed by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 03/29/2006) |
| 04/04/2006 | 29 | MOTION for Extension of Time to File Response/Reply as to 27 Memorandum in Opposition to Motion *for Summary Judgment* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (HALL, W) (Entered: 04/04/2006) |
| 04/05/2006 | 30 | REPLY to Response to Motion re 29 MOTION for Extension of Time to File Response/Reply as to 27 Memorandum in Opposition to Motion *for Summary Judgment Defendant's Reply to Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment* filed by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (HALL, W) (Entered: 04/05/2006) |
| 04/10/2006 | 31 | ORDER granting 29 Motion for Extension of Time to File Response/Reply *(Internal deadline for referral to judge if response not filed earlier: 4/14/2006)*. Signed by Judge ROBERT L HINKLE. (kjc, Tallahassee) (Entered: 04/10/2006) |
| 04/13/2006 | 32 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 04/13/2006) |
| 04/14/2006 | 33 | MEMORANDUM in Opposition re 25 MOTION for Partial Summary Judgment filed by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. |

| | | |
|---|---|---|
| | | (Attachments: # 1)(HALL, W) (Entered: 04/14/2006) |
| 05/04/2006 | 34 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 05/04/2006) |
| 06/05/2006 | 35 | ORDER FOR PRETRIAL CONFERENCE. Attorney Conference to take place by 7/28/2006. Pretrial Stipulation due by 8/11/2006. Jury Trial set for the two week trial term that begins 9/5/2006 08:15 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. Pretrial Conference set for 8/16/2006 10:00 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. Signed by Judge ROBERT L HINKLE on 6/5/06. (pll, Tallahassee) (Entered: 06/05/2006) |
| 06/09/2006 | 36 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 06/09/2006) |
| 06/23/2006 | 37 | MOTION to Extend Time *to Take Limited Discovery* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (HALL, W) (Entered: 06/23/2006) |
| 06/27/2006 | 38 | NOTICE OF MEDIATION re Scheduling by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC (HALL, W) (Entered: 06/27/2006) |
| 07/11/2006 | 39 | NOTICE of Settlement *Notice of Partial Settlement* by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC (HALL, W) (Entered: 07/11/2006) |
| 07/11/2006 | 40 | ORDER GRANTING LEAVE TO CONDUCT DISCOVERY. Granting 37 Motion to Extend Time . The parties are granted leave to conduct any agreed discovery by not later than 7/31/06. The discovery deadline shall continue to be deemed 6/30/06. Signed by Judge ROBERT L HINKLE. (pll, Tallahassee) Modified on 7/11/2006 (pll, Tallahassee). (Entered: 07/11/2006) |
| 07/12/2006 | 41 | MOTION to Continue by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HAWKES, FREDERICK) (Entered: 07/12/2006) |
| 07/12/2006 | 42 | REQUEST TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HAWKES, FREDERICK) (Entered: 07/12/2006) |

| | | |
|---|---|---|
| 07/13/2006 | 43 | REQUEST TO SUPPLEMENT PENDING SUMMARY JUDGMENT FILINGS by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA. (HAWKES, FREDERICK) (Entered: 07/13/2006) |
| 07/13/2006 | | ***Administrative Entry to reflect document 43 as a pending motion. Second Motion to Supplement Pending Summary Judgment Filings by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC. (pll, Tallahassee) (Entered: 07/14/2006) |
| 07/13/2006 | | Set/Reset Deadlines as to Second Motion to Supplement Pending Summary Judgment Filings. *(Internal deadline for referral to judge if response not filed earlier: 7/31/2006)* (pll, Tallahassee) (Entered: 07/14/2006) |
| 07/14/2006 | 44 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 07/14/2006) |
| 07/14/2006 | | Set Deadlines/Hearings - Response by Plaintiffs' to Defendants' second motion to supplement the summary judgment record due by 7/28/06. Miscellaneous Deadline for Plaintiffs' to file additional summary judgment materials - by 8/3/2006 (pll, Tallahassee) (Entered: 07/14/2006) |
| 07/14/2006 | 45 | ORDERON MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD AND FOR CONTINUANCE OF TRIAL. Denying as moot 25 Motion for Partial Summary Judgment. Denying as moot 21 Motion for Summary Judgment. Defendants' first motion to supplement the summary judgment record 42 is GRANTED. Response by Plaintiffs' to Defendants' second motion to supplement the summary judgment record due by 7/28/06. Miscellaneous Deadline for Plaintiffs' to file additional summary judgment materials - by 8/3/2006. Granting in part 41 Motion to Continue, The trial scheduled for 9/5/06 is continued to a date to be set by futher order. The clerk shall set a scheduling conference. Signed by Judge ROBERT L HINKLE. (pll, Tallahassee) (Entered: 07/14/2006) |
| 07/24/2006 | 46 | MEDIATION REPORT - Settled(pll, Tallahassee) (Entered: 07/25/2006) |
| 08/04/2006 | 47 | ATTORNEY TIME RECORDS by CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC. (THOMAS, GLENN) (Entered: 08/04/2006) |
| 08/14/2006 | 48 | ORDER GRANTING SUMMARY JUDGMENT IN PART. |

| | | |
|---|---|---|
| | | Signed by Judge ROBERT L HINKLE on 8/14/06. (pll, Tallahassee) (Entered: 08/14/2006) |
| 08/15/2006 | 49 | NOTICE of Hearing: Scheduling Conference set for 8/29/2006 09:00 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Kimberly Callaway or Matthew Zehm at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kimberly Callaway*<br>Courtroom Deputy Clerk(kjc, Tallahassee) (Entered: 08/15/2006) |
| 08/16/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Robert L. Hinkle notified that action is needed Re: 35 Pretrial Order - No Pretrial Stipulation has been filed. (kjc, Tallahassee) (Entered: 08/16/2006) |
| 08/29/2006 | 50 | Minute Entry for proceedings held before Judge ROBERT L HINKLE : Scheduling Conference held on 8/29/2006. Discovery due by 12/1/2006. Dispositive motions deadline is 12/21/2006. Jury Trial set for 2/5/2007 08:15 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. There are no further mediation requirements. (Court Reporter Judy Gagnon.) (kjc, Tallahassee) (Entered: 08/29/2006) |
| 08/29/2006 | 51 | ORDER EXTENDING DISCOVERY DEADLINE AND SETTING TRIAL. Dispositive Motions to be filed by 12/21/2006. Discovery due by 12/1/2006. Pretrial Stipulation due by 1/12/2007. Attorney Conference to take place by 12/29/2006. The clerk shall reschedule the pretrial conference for the first available date on or after 1/14/07. Jury Trial set for the two week trial period commencing 2/5/2007 08:15 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. Signed by Judge ROBERT L HINKLE on 8/29/06. (pll, Tallahassee) (Entered: 08/30/2006) |
| 08/31/2006 | 52 | NOTICE of Hearing: Pretrial Conference set for 1/18/2007 12:45 PM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301<br><br>*NOTE: If you or any party, witness or attorney in this matter has* |

| | | |
|---|---|---|
| | | *a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Kimberly Callaway or Matthew Zehm at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kimberly Callaway*<br>Courtroom Deputy Clerk(kjc, Tallahassee) (Entered: 08/31/2006) |
| 09/15/2006 | 53 | Amended COUNTERCLAIM *FOR DECLARATORY JUDGMENT* against CHARLES A EHLING, EHLING INSURANCE AND INVESTMENTS INC, filed by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PENNSYLVANIA, AIG DOMESTIC CLAIMS INC.(HALL, W) (Entered: 09/15/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/21/2006 07:49:21 | | | |
| **PACER Login:** | cf0034 | **Client Code:** | 48280-26500-711 |
| **Description:** | Docket Report | **Search Criteria:** | 4:05-cv-00431-RH-WCS |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |